**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| MICHAEL MARKOWICZ, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 15-1335 (RC) |
| KIRSTJEN NIELSEN, Secretary, U.S. Department of Homeland Security, | ) ) ) ) | |
| Defendant. | ) ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order of February 19, 2019, Plaintiff Michael Markowicz and Defendant Kirstjen Nielsen, Secretary, U.S. Department of Homeland Security, respectfully submit this Joint Status Report.

The parties are completing the final details of a written settlement agreement and expect that the agreement will be finalized prior to a call with Magistrate Judge Harvey scheduled for 5:00 p.m. on March 4, 2019.  At this time, the parties believe that a Stipulation of Dismissal will be filed shortly thereafter, and that a proposed pretrial and trial schedule will not be necessary.

Dated:  February 28, 2019           Respectfully submitted,

   /s/ *Stephanie Rapp-Tully*
Stephanie Rapp-Tully
Tully Rinckey PLLC
815 Connecticut Avenue, N.W., Suite 720
Washington, DC  20006
Telephone:  (202) 375-2220
Facsimile:  (202) 640-2059
srapptully@fedattorney.com

*Attorneys for Plaintiff*

JESSIE K. LIU
D.C. BAR No. 472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar No. 924092
Chief, Civil Division

     /s/ *Paul Cirino*
PAUL CIRINO
Assistant United States Attorney
Civil Division
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C.  20530
Phone: (202) 252-2529
Fax: (202) 252-2599
paul.cirino@usdoj.gov

*Attorneys for Defendant*