UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL MARKOWICZ,<br><br>    Plaintiff,<br><br>v.<br><br>KIRSTJEN NIELSEN, Secretary of Homeland Security,<br><br>    Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 15-1335 RC/GMH<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL**

Plaintiff Michael Markowicz and Defendant Kirstjen Nielsen, Secretary of Homeland Security, by and through the undersigned counsel, hereby agree and stipulate that the above-captioned civil action shall be settled and dismissed with prejudice.

By:

_____
MICHAEL MARKOWICZ
Plaintiff

Date: 3/4/19

_/s/ Stephanie Rapp-Tully_
Stephanie Rapp-Tully
Tully Rinckey PLLC
815 Connecticut Avenue NW
Suite 720
Washington, DC 20006

*Counsel for Plaintiff*


JESSIE K. LIU
United States Attorney

D.C. BAR # 472845

DANIEL F. VAN HORN
Chief, Civil Division
D.C. BAR # 924092

By: /s/ Paul Cirino
PAUL CIRINO
Assistant United States Attorney
District of Columbia
555 Fourth Street., N.W.
Washington, D.C. 20530
Phone: (202) 252-2529
Fax: (202) 252-2599

*Counsel for Defendant*

SO ORDERED on this 5th day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE

2